AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

ERGYS ESATI and RIGA OSEKU

*Plaintiff(s)*

v.

JAY STREET PLACE CORP. d/b/a WATER STREET TAVERN, CORP., PEARL AND FRONT CORP. d/b/a LOS TACOS ALPASTOR, et al.

*Defendant(s)*

Civil Action No. 26-7128

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Louis Pechman and Miguel Tapia Colin
Pechman Law Group PLLC
488 Madison Avenue, Suite 1704
New York, New Yok 10022
pechman@pechmanlaw.com; tapiacolin@pechmanlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 26-7128

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ERGYS ESATI and RIGA OSEKU, Plaintiffs, -against- JAY STREET PLACE CORP. d/b/a WATER STREET TAVERN, CORP., PEARL AND FRONT CORP. d/b/a LOS TACOS ALPASTOR, ARCHWAY ON WATER CORP. d/b/a ARCHWAY CAFÉ or TOMMY'S BAR & BURGER, WATER ST TAVERN, CORP. d/b/a LOVE AND DOUGH, and ARTHUR HASANI, Defendants. | : | **26 Civ. 7128** **RIDER TO SUMMONS** |

**Defendants' Name and Addresses:**

1. Jay Street Place Corp. d/b/a Water Street Tavern
   71 Jay St., Brooklyn, New York 11201

2. Pearl and Front Corp. d/b/a Los Tacos Al Pastor
   141 Front Street, Brooklyn, New York 11201.

3. Archway on Water Corp. d/b/a Archway Café or Tommy's Bar & Burger
   57 Pearl Street, Brooklyn, New York 11201

4. Water St. Tavern, Corp. d/b/a Love and Dough
   57C Pearl Street, Brooklyn, New York 11201

5. Arthur Hasani
   c/o Archway on Water Corp. d/b/a Archway Café or Tommy's Bar & Burger
   57 Pearl Street, Brooklyn, New York 11201